THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN 256535)
5100 Campus Drive, Suite 200
Newport Beach, CA
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
Email: cameron@sethatlaw.com

*Attorneys for Plaintiffs Sandy Sedlick and Joseph Sedlick*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY SEDLICK and JOSEPH SEDLICK, Individually And As Successors-In-Interest Of The Estate of the deceased, ROBERT SAUL JUAREZ IV,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF REDLANDS, a governmental entity; YESSENIA BLEVENS, individually; TYLER FRISCH, individually; TYLER SIMONSEN, individually; ISAAC SPIEGEL, JAMEISON LIU, individually; and DOES 2-10, inclusive,<br><br>            Defendants. | Case No. 5:23-cv-00457-JGB (SPx)<br><br>**ORDER RE STIPULATION TO DISMISS (FED. R. CIV. P. 41(a)(1)(A)(ii)** |

## ORDER

The Court, having reviewed the parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P 41 (a)(1)(A)(ii), HEREBY ORDERS that this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P 41 (a)(1)(A)(ii). The parties shall bear their own costs, fees, and expenses.

**IT SO ORDERED.**

Dated: <u>October 31</u>, 2024

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE